UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANNETH CASTRO,

    Plaintiff,

    v.

SAXON MORTGAGE SERVICES, INC., OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, and DOES 1 through 50, inclusive,

    Defendants.
_____/

No. C 09-0030 PJH

**JUDGMENT**

Pursuant to the order entered today dismissing this action, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: March 27, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge